UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J. AND BARBARA J. HUBBARD,  ) | Case No. 06-CV-1193-J (JMA) |
| Plaintiffs,  ) | **ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |
| v.  ) | |
| NI'S BROTHERS, INC. dba GRAND BUFFET, et al.,  ) | |
| Defendants.  ) | |

At the request of the parties, the Settlement Disposition Conference, currently scheduled to be held on May 8, 2007 at 4:00 p.m., is <u>vacated</u>. Instead, the attorneys must appear for a Settlement Disposition Conference on **June 4, 2007** at **3:30 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

    **IT IS SO ORDERED.**

DATED:  May 7, 2007

                                            _____
                                            Jan M. Adler
                                            U.S. Magistrate Judge