SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LYNN J and BARBARA J HUBBARD | Case No. 06cv1193 J (JMA) |
| Plaintiffs, | |
| vs. | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| NI' S BROTHERS, INC. dba GRAND BUFFET, et al, | |
| Defendants. | |

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court **GRANTS** the Joint Motion and dismisses the above-captioned action with prejudice **as to Defendant NI'S BROTHERS, INC. dba GRAND BUFFET only.**

Dated: 5/18/2007

_____
Judge of the District Court